THE NEW HARTFORD COTTON MANUFACTURING COMPANY, Respondent, *v.* MORRIS LOWENSTEIN et al., Appellants.

*New Hartford Cotton Manfg. Co.* v. *Lowenstein*, 136 App. Div. 907, affirmed.
(Argued October 25, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 17, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract of sale.

*William Rubin* and *Jacob Klein* for appellants.

*Henry J. Cookinham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.